IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE DUHREAL FLAGG-EL, #310 705, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| W.G. JONES, et al., | ) ) |
| Defendants. | ) |

CASE NO. 1:21-CV-767-WHA-KFP

## **O R D E R**

On March 15, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 6.  Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 7th day of April, 2022.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE